IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARKIBA JOHNSON, INDIVIDUALLY  \*
AND ON BEHALF OF OTHERS  \*
SIMILARLY SITUATED,  \*
  \*
       Plaintiff,  \*
vs.  \*   No. 4:09cv00739 SWW
  \*
  \*
FRAC TECH SERVICES, LTD,  \*
  \*
       Defendant.  \*

## ORDER

The motion [doc.#'s 46,49] of attorney Henry H. Robinson to be admitted pro hac vice as counsel for defendant Frac Tech Services, Ltd., is hereby granted.

IT IS SO ORDERED this 4th day of January 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE