IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARKIBA JOHNSON, RICK ABBOTT, TIMOTHY DEAL, JAMES HALL, JUAN LERMA, RICHARD PEARSON, MICHAEL POPE and TREVOR POWELL, EACH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:09cv00739 SWW |
| FRAC TECH SERVICES, LTD, | * | |
| Defendant. | * | |

ORDER

The motion [doc.#54] of defendant Frac Tech Services, LTD for leave to file a sur-reply to plaintiffs' reply to defendant's response to plaintiff's motion for approval of notice and consent to join collective action is hereby granted.

IT IS SO ORDERED this 4th day of January 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE