IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARKIBA JOHNSON, RICK ABBOTT,
TIMOTHY DEAL, JAMES HALL, JUAN
LERMA, RICHARD PEARSON, MICHAEL
POPE, TREVOR POWELL, GABRIEL
AGUILERA, CLAIBORNE LEE, JIM BEELER,
BRADY BORDEN, JOEL MARTINEZ,
ANTONIO AGUILERA, MICHAEL HARRIS,
ALONZO FLORES, DAVID BOUNDS,
SHELDON HAWKINS, and ROBERT
HOLGUIN, each individually and on behalf
of others similarly situated                                                         PLAINTIFFS

v.                          Case No. 4:09-cv-739-DPM

FRAC TECH SERVICES, LTD                                                      DEFENDANT

ORDER

Plaintiffs Aguilera, Bounds, Hawkins, and Holguin move to voluntarily dismiss their pending claims against Frac Tech with prejudice. Frac Tech recently moved to dismiss these plaintiffs, *Document No. 97*, so it cannot be heard to oppose this motion. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court grants the motion, *Document No. 100*, to dismiss Plaintiffs Aguilera's, Bounds's, Hawkins's, and Holguin's claims against Frac Tech with prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

27 Oct. 2010