## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARKIBA JOHNSON, RICK ABBOTT,
TIMOTHY DEAL, JAMES HALL,
JUAN LERMA, RICHARD PEARSON,
TREVOR POWELL, CLAIBORNE LEE,
JIM BEELER, and MICHAEL HARRIS                                    PLAINTIFFS


v.                          Case No. 4:09-cv-739-DPM


FRAC TECH SERVICES, LTD                                            DEFENDANT


## ORDER

For the reasons stated on the record at the 26 May 2011 pretrial: Frac

Tech's motion for reconsideration of its motion to sever, *Document No. 166*, is

denied; the motions *in limine, Documents Nos. 139 & 153*, are granted in part,

denied in part, and reserved in part; and the objections to the deposition

designations are resolved.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

27 May 2011