IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARKIBA JOHNSON, RICK ABBOTT,
TIMOTHY DEAL, JAMES HALL,
JUAN LERMA, RICHARD PEARSON,
TREVOR POWELL, CLAIBORNE LEE,
JIM BEELER, and MICHAEL HARRIS                                PLAINTIFFS

v.                    Case No. 4:09-cv-739-DPM

FRAC TECH SERVICES, LTD                                       DEFENDANT

ORDER

Andy Edwards and Charles Veazey, Frac Tech employees, may bring their cell phones — including smart phones — and laptops into the courthouse. The phones may be used as needed outside of any courtroom. When inside courtroom B155, the cell phone must be turned off. Putting the cell phone on "vibrate" or "silent" is unacceptable. No device may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2011