**VERDICT NO. 1**

1. Did Markiba Johnson prevail on her overtime claim?

    __✓__ Yes  _____ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

2. If you answered question 1 "yes," did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to Markiba Johnson?

    __✓__ Yes  _____ No

3. If you answered "yes" to question 2, then you should award damages for the period when Markiba Johnson was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when Markiba Johnson was working overtime during the two years before 14 September 2009. We award Markiba Johnson $ _2,652.00_ in damages.

_____
FOREPERSON   Lee Harpool

DATED: _____

Court's Final Verdict Forms           1           4:09-cv-739 *Johnson v. Frac Tech*

## VERDICT NO. 2

1. Did Rick Abbott prevail on his overtime claim?

　　　　　✓ Yes 　　　　＿＿＿ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

2. If you answered question 1 "yes," did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to Rick Abbott?

　　　　　✓ Yes 　　　　＿＿＿ No

3. If you answered "yes" to question 2, then you should award damages for the period when Rick Abbott was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when Rick Abbott was working overtime during the two years before 14 September 2009. We award Rick Abbott $ __8,340.00__ in damages.

　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　FOREPERSON  Lee Harpool

DATED: __6-23-11__

## VERDICT NO. 3

1. Did Timothy Deal prevail on his overtime claim?

　　　√　Yes　　　_____ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

2. If you answered question 1 "yes," did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to Timothy Deal?

　　　√　Yes　　　_____ No

3. If you answered "yes" to question 2, then you should award damages for the period when Timothy Deal was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when Timothy Deal was working overtime during the two years before 14 September 2009. We award Timothy Deal $ 14,175.00 in damages.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　FOREPERSON  Lee Harpool

DATED: 6-23-11

## VERDICT NO. 4

1. Did James Hall prevail on his overtime claim?

    √ Yes          _____ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

2. If you answered question 1 "yes," did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to James Hall?

    √ Yes          _____ No

3. If you answered "yes" to question 2, then you should award damages for the period when James Hall was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when James Hall was working overtime during the two years before 14 September 2009. We award James Hall $ 39,162.00 in damages.

FOREPERSON Lee Harpool

DATED: 6-23-11

## VERDICT NO. 5

**1.** Did Juan Lerma prevail on his overtime claim?

_____ Yes  __✓__ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

**2.** If you answered question 1 "yes", did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to Juan Lerma?

_____ Yes  _____ No

**3.** If you answered "yes" to question 2, then you should award damages for the period when Juan Lerma was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when Juan Lerma was working overtime during the two years before 14 September 2009. We award Juan Lerma $_____ in damages.

_____
FOREPERSON Lee Claypool

DATED: 6-23-11

## VERDICT NO. 6

1. Did Trevor Powell prevail on his overtime claim?

　　　　　✓ Yes 　　　　＿＿ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

2. If you answered question 1 "yes", did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to Trevor Powell?

　　　　　✓ Yes 　　　　＿＿ No

3. If you answered "yes" to question 2, then you should award damages for the period when Trevor Powell was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when Trevor Powell was working overtime during the two years before 14 September 2009. We award Trevor Powell $ 3932.00 in damages.

　　　　　　　　　　　FOREPERSON　Lee Harpool

DATED: 6-23-11

## VERDICT NO. 7

**1.** Did Jim Beeler prevail on his overtime claim?

    ✓ Yes     _____ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

**2.** If you answered question 1 "yes", did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to Jim Beeler?

    ✓ Yes     _____ No

**3.** If you answered "yes" to question 2, then you should award damages for the period when Jim Beeler was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when Jim Beeler was working overtime during the two years before 14 September 2009. We award Jim Beeler $ 15,360.00 in damages.

    _____
    FOREPERSON  L x Liarpool

DATED: 6/23/11

# VERDICT NO. 8

**1.** Did Michael Harris prevail on his overtime claim?

_____✓_____ Yes            _____ No

If you answered this question "no," then your verdict on this person's claim is completed. Do not answer questions 2 and 3. The foreperson should sign and date the form.

**2.** If you answered question 1 "yes", did Frac Tech know or ~~recklessly disregard~~ whether the Fair Labor Standards Act prohibited its conduct as to Michael Harris?

_____✓_____ Yes            _____ No

**3.** If you answered "yes" to question 2, then you should award damages for the period when Michael Harris was working overtime during the three years before 14 September 2009. If you answered "no" to question 2, then you should award damages for the period when Michael Harris was working overtime during the two years before 14 September 2009. We award Michael Harris $ __2847.00__ in damages.

_____
FOREPERSON  Lee Warpool

DATED: __6-23-11__