IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARKIBA JOHNSON, RICK ABBOTT,
TIMOTHY DEAL, JAMES HALL,
JUAN LERMA, TREVOR POWELL,
JIM BEELER, and MICHAEL HARRIS                    PLAINTIFFS

v.                    Case No. 4:09-cv-739-DPM

FRAC TECH SERVICES, LTD                            DEFENDANT

ORDER

The Court appreciates the parties' attached notice that they have settled. Motions, *Document Nos. 202 & 211*, denied without prejudice as moot. The Court will not enter judgment at this point, and looks forward to a stipulation of dismissal with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2011

# HOLLEMAN & ASSOCIATES, P.A.

## ATTORNEYS AT LAW

200 WEST CAPITOL AVENUE, SUITE 1620
LITTLE ROCK, ARKANSAS 72201

E-MAIL: JHOLLEMAN@JOHNHOLLEMAN.NET
E-MAIL: MARYNA@JOHNHOLLEMAN.NET
EMAIL: AMBER@JOHNHOLLEMAN.NET
WWW.HOLLEMANANDASSOCIATE.COM

JOHN HOLLEMAN *
MARYNA O. JACKSON
AMBER R. SCHUBERT

TELEPHONE: (501) 975-5040

FACSIMILE: (501) 975-5043

* ALSO LICENSED IN TEXAS
AND TENNESSEE

## FAX COVER SHEET

**TO:** The Honorable D. Price Marshall, Jr.

**FAX NO:** 604-5417

**FROM:** John T. Holleman

**DATE:** July 27, 2011

**RE:** Markiba Johnson et al vs. Frac Tech Service, LTD
U.S. District Court Case No. 4:09-CV-00739 DPM

**PAGES:** 3 (including cover sheet)

cc: Paul Hash - via facsimile: 214-520-2008
Sarah Greenwood - via facsimile: 501-374-5906
Mark S. Breeding - via facsimile: 501-374-5906
Ashleigh Phillips - via facsimile: 501-374-5906

**MESSAGE:**

Please see the attached letter.

CONFIDENTIAL AND PRIVILEGED. THE INFORMATION CONTAINED IN THIS FACSIMILE IS PRIVILEGED, CONFIDENTIAL INFORMATION, EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND IS INTENDED FOR THE SOLE USE OF THE ADDRESSEE. IF THE READER OF THIS FACSIMILE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER LISTED ABOVE BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THE SENDER AT THE ADDRESS LISTED ABOVE VIA U.S. POSTAL SERVICE. THANK YOU

DALLAS METROPLEX, TX             LITTLE ROCK, AR             MEMPHIS, TN

# HOLLEMAN & ASSOCIATES, P.A.

### ATTORNEYS AT LAW

200 WEST CAPITOL AVENUE, SUITE 1620
LITTLE ROCK, ARKANSAS 72201
E-MAIL: JHOLLEMAN@JOHNHOLLEMAN.NET
E-MAIL: MARYNA@JOHNHOLLEMAN.NET
EMAIL: AMBER@JOHNHOLLEMAN.NET
WWW.HOLLEMANANDASSOCIATE.COM

JOHN HOLLEMAN *
MARYNA O. JACKSON
AMBER R. SCHUBERT

* ALSO LICENSED IN TEXAS
AND TENNESSEE

TELEPHONE: (501) 975-5040

FACSIMILE: (501) 975-5043

July 27, 2011

**Via Facsimile (501) 604-5417**

The Honorable D. Price Marshall, Jr.
U.S. District Court
500 W. Capitol Avenue
Little Rock, AR 72201-3325

  Re: *Markiba Johnson, et al vs. Frac Tech Service, LLC*
    U.S. District Court Case No. 4:09-CV-00739 DPM

Dear Judge Marshall:

  As you know, there are two pending motions in this case currently before the Court; Plaintiffs' Motion for Liquidated Damages (Doc. 202), and Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 211). After the announcement of the verdict, this Court directed the parties to work together to negotiate a settlement of Plaintiffs' attorneys' fees. The initial negotiations were unsuccessful, and Defendant previously filed objections to both of these Motions.

  However, on Monday, July 25, 2011, Mr. Paul Hash, of Jackson Lewis LLP, entered his appearance on behalf of Frac Tech in *Smith, et al. v. Frac Tech Services, LLC*, U.S.D.C. Case No. 4:09-CV-0679 JLH. In the process of negotiating a settlement of that matter, the parties were able to reach a settlement on all outstanding issues in this case as well.

  We jointly ask the Court to refrain from entering final judgment allowing us to submit a stipulation of dismissal with prejudice and allowing the parties to enter into a private settlement agreement.

**HOLLEMAN & ASSOCIATE, P.A.**
**ATTORNEYS AT LAW**



Sincerely,

HOLLEMAN & ASSOCIATES, P.A.

John Holleman

cc: Mr. Paul Hash, Via Facsimile
Ms. Sarah Greenwood, Via Facsimile
Mr. Mark Breeding, Via Facsimile
Ms. Ashleigh Phillips, Via Facsimile

DALLAS METROPLEX, TX          LITTLE ROCK, AR          MEMPHIS, TN