IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARKIBA JOHNSON, RICK ABBOTT,
TIMOTHY DEAL, JAMES HALL,
JUAN LERMA, TREVOR POWELL,
JIM BEELER, and MICHAEL HARRIS                        PLAINTIFFS

v.                     Case No. 4:09-cv-739-DPM

FRAC TECH SERVICES, LTD                                DEFENDANT

JUDGMENT

The plaintiffs' case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2011